AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation,

v.

EMPLOYERS MUTUAL CASUALTY COMPANY, Inc., a corporation.

No. 6345.

United States Court of Appeals
Tenth Circuit.

May 16, 1960.

Rooney & Rooney, Topeka, Kan., for appellant.

Stanley, Schroeder, Weeks, Thomas & Lysaught, Kansas City, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

John E. BURKE

v.

Robert RAINES, Warden, Oklahoma State Penitentiary.

No. 6350.

United States Court of Appeals
Tenth Circuit.

June 1, 1960.

Kerwin H. Fulton, Denver, Colo., for appellant.

Mac Q. Williamson, Atty. Gen., of Oklahoma, and Owen J. Watts, Asst. Atty. Gen., of Oklahoma, for appellee.

Before BRATTON, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

George Winfred BENNINGFIELD

v.

UNITED STATES of America.

No. 6227.

United States Court of Appeals
Tenth Circuit.

June 3, 1960.

Donald G. Brotzman, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute.